NO. 07-03-0067-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

MARCH 28, 2003

_____

IN THE MATTER OF THE MARRIAGE OF
MICHAEL D. DENISON AND MARIA G. DENISON

_____

FROM THE 221ST DISTRICT COURT OF MONTGOMERY COUNTY;

NO. 02-06-03800CV; HONORABLE SUZANNE H. STOVALL, JUDGE

_____

Before REAVIS and CAMPBELL, JJ., and BOYD, S.J.[1]

MEMORANDUM OPINION

In this proceeding, appellant Michael D. Denison gave timely notice of appeal from a judgment in favor of appellee Maria G. Denison. However, since that time nothing further has been done by appellant to obtain and file an appellate record and to perfect his appeal.

---

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't Code Ann. §75.002(a)(1) (Vernon Supp. 2003).

We have been notified by the district clerk that appellant has not responded to their inquiries after several letters had been sent to him by the clerk's office.

Accordingly, on March 12, 2003, a notice was sent to appellant at the address contained in the court file. In the notice, appellant was advised that unless a response from him was received by this court within ten days from the date of the notice explaining his failure to take the necessary steps to perfect his appeal, the appeal would be subject to dismissal for want of prosecution. *See* Tex. R. App. P. 37.3.

No such reply has been received. Accordingly, the appeal must be, and is hereby, dismissed.

Per Curiam